BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL MORALES<br> xxx-xx-1391<br><br>      Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SSA<br><br>      Defendant. | No. 2:15-cv-1822 CKD (TEMP)<br><br>STIPULATION AND<br>ORDER EXTENDING PLAINTIFF'S<br>TIME TO FILE SUMMARY<br>JUDGEMENT MOTION |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from May 9, 2016, to June 10, 2016, with all other deadlines extended accordingly. This extension is required due to counsel's need to complete a brief in an older case.

/ / / /

/ / / /

/ / / /

1

Dated: May 9, 2016

/s/Bess M. Brewer
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: May 9, 2016

Phillip A. Talbert
Acting United States Attorney

Deborah Lee Stachel
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ Ellinor Coder
ELLINOR CODER

Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:   May 10, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

BVD/morales1822.stip.eot.ord