1  BESS M. BREWER, #100364
   LAW OFFICE OF BESS M. BREWER
2  P.O. Box 5088
   Sacramento, CA 95817
3  Telephone: (916) 385-7517

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MIGUEL ANGEL MORALES<br> xxx-xx-1391<br><br> Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 2:15-cv-1822 CKD (TEMP)<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION |
|---|---|---|

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from June 10, 2016, to June 17, 2016, with all other deadlines extended accordingly. This extension is required due to counsel's need to unexpectedly be out of the office for the next four days on a personal matter.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: June 9, 2016 | /s/*Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law<br><br>Attorney for Plaintiff |
| Dated: June 9, 2016 | Phillip A. Talbert<br>Acting United States Attorney<br><br>Deborah Lee Stachel<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration<br><br>/s/ Sharon Lahey<br>SHARON LAHEY<br>Special Assistant<br>United States Attorney<br><br>Attorneys for Defendant |

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:   June 14, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

BVD/morales1822.stip2.eot.ord