PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL, CA SBN 230138
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CA SBN 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MIGUEL ANGEL MORALES, | ) No. 2:15-cv-01822-CKD (TEMP) |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO EXTEND |
| | ) BRIEFING SCHEDULE |
| vs. | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the deadline for Defendant to respond to Plaintiff's Motion For Summary Judgment and/or to file any cross-motion thereto be extended by thirty (30) days.  Plaintiff filed her brief on June 21, 2016 after one extension.

There is good cause for this extension because Defendant needs additional time to draft and file her brief due to the heavy workload of Defendant's attorney assigned to this case.  In addition, counsel assigned to draft the Commissioner's responsive brief is not yet cleared as a

Special Assistant United States Attorney.  Consequently, supervisory attorneys at the Social Security Administration's Office of General Counsel must review the Commissioner's brief prior to filing.

The current due date for Defendant's motion is July 21, 2016.  With the Court's approval, the new due date would be August 19, 2016.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated:  July 11, 2016

Respectfully submitted,
/s/ Bess Brewer
BESS BREWER
Attorney for Plaintiff
*Authorized via e-mail on July 11, 2016


Dated:  July 11, 2016

PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/  Ellinor R. Coder
ELLINOR R. CODER
Special Assistant U.S. Attorney

Attorneys for Defendant

OF COUNSEL TO DEFENDANT

HAY-MIE CHO
Assistant Regional Counsel


## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  July 13, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

BVD\morales1822.stip.eot.ord